IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD STEPPE,

      Plaintiff,                          No. CIV S-08-2660 GEB EFB PS

      vs.

LISA STOWE, et al.,                    <u>ORDER</u>

      Defendants.
_____/

      This case, in which plaintiff proceeds *in propria persona*, was referred to the undersigned pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21), and 28 U.S.C. § 636(b)(1).

      Although plaintiff has filed the initial complaint, plaintiff has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*. To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit required by 28 U.S.C. § 1915(a).

      Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of Court is directed to mail

////

////

1

1 to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
2 this order will result in a recommendation that this action be dismissed.
3     So ordered.
4 DATED: January 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE